UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
UNITED STATES OF AMERICA,     :
                              :    10 Cr. 08 (JFK)
          -against-           :
                              :    **ORDER**
MAHMOUD REZA BANKI,           :
                              :
          Defendant.          :
------------------------------X

**JOHN F. KEENAN, United States District Judge:**

I have held two hearings on the issue of detention or bail pending trial on January 11th and January 15, 2010. Multi-page submissions were received from the defense and the Government on January 19th and January 20, 2010 and unsolicited shorter submissions were received from each side on January 20, 2010. The submissions have been read.

I have carefully considered the factors set forth in 18 U.S.C § 3142(g) and conclude that there are no conditions or combination of conditions which will reasonably insure the attendance of the defendant at trial if he is released on bail.

50 U.S.C. § 1705, with which the defendant is charged, sets a maximum period of incarceration of 20 years and a maximum fine of $1 million. According to the Government, the evidence against the defendant is

strong. The guideline range for this offense is 63 to 78 months, a considerable period of incarceration.

The Pretrial Services Agency, and counsel on both sides, confirm that this 33-year old defendant is a native of Teheran, Iran and that although an American citizen since 1996, he is single, has no children and his parents, brother and other relatives reside in Iran. He traveled to Iran as recently as August 2008. He is unemployed presently. His community ties are weak. His mother and brother returned to Iran on October 14, 2009.

United States v. Sabhnani, 493 F.3d 63 (2d Cir. 2007), cited by the defendant in his effort to have bail fixed, is different factually from this case. There the defendants, both American citizens, had been in the United States for 25 and nearly 35 years, respectively. They had four children ranging from 17 to 23 years of age, all of whom were American citizens (p. 65).

Although the defendant resides with a female, who is a Canadian citizen, I do not believe that this is an adequate incentive to prevent his flight or sufficient reason to grant bail. She, as the Government points-out, is here only on a temporary visa and will have to return to Canada when her educational training is completed.

The Government points-out at p. 4 of its January 20th submission, that it has circumstantial evidence that defendant went through Canada to get to Iran.

In going through the defendant's belongings, the Government uncovered documents showing examples of false identification cards and papers which are available to people who wish to change or mask their identity. These Canadian documents proclaimed: "We Can Create Custom Identification Cards" "Any Country," "Any State, etc." The defense discounts these documents which contain 54 examples of false identification cards as being from the 1990s when Mr. Banki was a student at Purdue University in Indiana. The defense also writes to the Court on January 19, 2010:

> "In addition, in response to the Government's production of the Canadian ID mill pamphlet at Friday's hearing, my colleague Ben Quarmby phoned the listed number to investigate whether it remained a going concern. He discovered that the number lead (sic) to a call center company, and had not been associated with the Canadian ID company since March 2004."

I do not understand exactly what this means. In any event, the Canadian false identification papers clearly demonstrate that false travel and identification documents are available on the market in Canada and other places. Also, there is no explanation as to why

3

the defendant held on to this strange collection of photo identification cards for over ten years. The "Photo Identification Systems Canada" papers are affixed to this Order as Exhibit A.

Electronic monitoring, suggested by the defense, is hardly foolproof and the Government's January 20, 2010 submission cites some 140 people "who have fled" (p. 4) while subject to electronic monitoring. This is not very reassuring.

Further, the hiring of outside private security personnel to monitor to defendant, is not acceptable to this Court, certainly not in this case.

Although the Personal Recognizance Bonds offered by defendant's friends in the total of $600,000 (with the possibility of going as high as $1 million) are significant, I do not believe there is adequate assurance that this single, 33-year old native of Iran will not flee. The defendant has also offered to pledge his apartment as security, but the Government already has a lien on this apartment. Therefore, it is impossible to say that the defendant owns the apartment without encumbrance.

The defendant's submission of January 19th seeks to convince the Court that the defendant's family

in Iran opposes the present, political regime there and that this creates a disincentive for him to flee. News articles, correspondence from the defendant's aunt to the "Representatives of the Islamic Committee Assembly" and Iranian Court documents allegedly demonstrating the Iranian Government's legal action against the Banki Family's pharmaceutical company, do not really establish anything. The Government persuasively points-out that if the family were in serious difficulty with the present Iranian Government, that his mother and brother would hardly have returned there on October 14, 2009, some four months after the controversial June 2009 elections.

An early trial date of March 22, 2010 has been set.

Bail is denied.

Dated: New York, New York
January 21, 2010

John F. Keenan<br>
**JOHN F. KEENAN**<br>
**United States District Judge**

# PHOTO IDENTIFICATION SYSTEMS CANADA

204-825 GRANVILLE STREET
VANCOUVER, B.C. CANADA V6Z 1K9

## 24 HOUR RECORDED MESSAGE
## 604-244-4926

* YOUR OWN FULL COLOR LAMINATED PHOTO I.D.

* CUSTOM MADE WITH YOUR PHOTO & STATISTICS

* CHOOSE YOUR I.D. FROM ANY STATE, PROVINCE OR COUNTRY

* LARGE VARIETY OF CARDS AVAILABLE. IE: STUDENT, UNIVERSITY, TRAVEL, EMPLOYMENT, ETC.

* CUSTOM DESIGNED CARDS ALSO AVAILABLE

* USE ANYWHERE FOR POSITIVE IDENTIFICATION

* VERY AUTHENTIC AND GUARANTEED TO PLEASE YOU

* EXCLUSIVE HEAT LAMINATING SYSTEM ENSURES PROFESSIONAL RESULTS EVERY TIME


ALBERTA 001 $40.00


ALBERTA 002 $60.00


B.C.I.D. 001 $40.00


B.C.I.D. 002 $60.00


MANITOBA 001 $60.00


NEW BRUNSWIK 001 $60.00


LABRADOR 001 $60.00


NOVASCOT 001 $40,00


NOVASCOT 002 $60.00


ONTARIO 001 $40.00


ONTARIO 002 $50.00


ONTARIO 003 $60.00


P.E.I. 001 $60.00


QUEBEC 001 $60.00


SASKATCHWN 001 $40.00


SASKATCHWN 002 $50.00


SASKATCHWN 003 $60.00


YUKON 001 $60.00


CANADA 001 $40.00


CDNONT 001 $40.00


CDNBIRTH 001 $30.00


QUBCBRTH 001 $50.00


CDNSIN 001 $40.00


CDNSIN 002 $60.00


ALASKA 001 $50.00


ARIZONA 001 $60.00


CALIF 001 $60.00


FLORIDA 001 $60.00


HAWAII 001 $60.00


IDAHO 001 $50.00


MONTANA 001 $60.00


NEWYORK 001 $60.00


OREGON 001 $60.00



SDAKOTA 001 $40


SDAKOTA 002 $60.00


TENESEE 001 $60.00


TEXAS 001 $60.00


UTAH 001 $60.00


VERMONT 001 $60.00


VIRGINIA 001 $60.00


WASHNTON 001 $50.00


WASHNTON 002 $60.00



U.S.A. 001 $40.00


U.S.A.BIRTH 001 $50.00


U.S.A.SIN 001 $40.00


YORKUNIV 001 $50.00


U.S.A.SIN 002 $40.00


STROID 001 $40.00


SPAIN 001 $40.00


SWISS 001 $60.00


GRTRLNDON 001 $60.00


AUSTRALIA 001 $60.00


INTLSTUDENT 001 $40.00


SUDBRYUNIV 001 $40.00

# HOW - TO - ORDER PHOTO ID
## PLEASE READ CAREFULLY

1. Fill out the Application Blank for each Photo ID card ordered.
2. Carefully print information desired. Double-check for accuracy.
3. Enclose one photo for each Photo ID card ordered. Color is best, Black and white and/or Booth Photos are acceptable.
4. Print name on back of each photo. Do not trim. We will trim it for you.

```
FACE
SHOULD
FIT
WITHIN
DOTTED
LINE
```

(CUT ON DOTTED LINE AND MAIL WITH PAYMENT)

Name _____
Address _____
City_____ State _____ Zip _____
Sex_____ Height _____ Weight_____
Hair _____ Eyes_____ Birthdate _____

Name _____
SS # _____
City_____ State _____ Zip _____
Sex_____ Height _____ Weight_____
Hair _____ Eyes_____ Birthdate _____

# WE CAN ALSO CREATE CUSTOM IDENTIFICATION CARDS

| ONLY $99.00 | *ANY COUNTRY | ONLY $99.00 |

*ANY STATE

*ANY COLLEGE OR UNIVERSITY

*OR JUST ABOUT ANY TYPE OF I.D.

---

SINCE EVERY IDENTIFICATION IS MADE ESPECIALLY FOR YOU, AND YOU ALONE, WE CAN CUSTOMIZE THE INFORMATION TO SUIT YOUR NEEDS FOR A ONE TIME SET UP CHAGE OF $99.00. THIS INCLUDES ONE PIECE OF I.D. ALL ADDITIONAL CARDS ARE $29.00. BE SURE TO LIST ALL TELEPHONE AND FAX NUMBERS, ID AND EMPLOYEE NUMBERS, ETC WHICH YOU WOULD LIKE TO APPEAR ON YOUR CARD. PLEASE NOTE THAT WE WILL NOT DUPLICATE ANY CARD OR DOCUMENT ISSUED BY A GOVERNMENT AGENCY. DUE TO THE IMPACT THAT THESE CUSTOM I.D.'S MAKE, EVERY SECURITY SAFEGUARD WILL BE UTILIZED TO PREVENT UNAUTHORIZED DISTRIBUTION.

---

WE WILL CUSTOM PRODUCE CREDENTIALS FOR YOUR COMPANY OR ORGANIZATION. OUR PROFESSIONAL GRAPHIC ARTISTS USE THEIR SPECIAL TALENTS TO CREATE AUTHENTIC LOOKING IDENTIFICATION CARDS AND CERTIFICATES, AND ANY LAYOUT AND LOGOS CAN BE INCLUDED TO SUIT YOUR ORGANIZATIONS NEEDS. COLORS, DESIGNS AND BACKGROUNDS CAN ALSO BE CREATED. IF YOUR CARD OR DOCUMENT IS FROM A FOREIGN COUNTRY , AND IN ANOTHER LANGUAGE PLEASE BE SURE TO PROVIDE US WITH THE ENGLISH TRANSLATION FOR OUR RECORDS.

---

OUR MONEYMAKING OPPORTUNITY OF A LIFETIME OFFERED HERE FOR THE FIRST TIME!

*NO $$$ INVESTMENT,
*NO MIMIMUM ORDERS
*NO INVENTORY REQUIRED
*WE DROP SHIP ALL ORDERS
*LOWEST PRICES
*HIGHEST QUALITY PRODUCTS

TO RECEIVE FURTHER INFORMATION AND TO INQUIRE ABOUT DISTRIBUTORSHIPS WRITE T
PHOTO I.D. SYSTEMS
204-825 GRANVILLE ST
VANCOUVER B.C. CANADA
V6Z 1K9

## CONDITIONS OF SALES

1. It is the responsibility of the buyer, without any reservations, qualifications or restrictions, to insure that any card or item purchased from this catalogue is used in a lawful manner.
2. All items sold are for novelty purposes only unless you are legally entitled to use such items. These items alone grant you no privileges.
3. No novelty card or document sold within this catalogue is intended to duplicate or resemble that of any card or document issued by a state or governmental agency.
4. The purchaser accepts full responsibility for the use of all items purchased within this catalogue. This understanding is valid, binding, and enforceable against all purchasers.

# ORDER FORM

PHOTO ID SYSTEMS
#204-825 GRANVILLE STREET
VANCOUVER, B.C. CANADA V6Z 1K9

## Satisfaction Guaranteed or YOUR MONEY BACK!

| ORDER# | HOW MANY | DESCRIPTION OF ITEM | PRICE | TOTAL |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| | |
|---|---|
| CDN Resident Add 7% G.S.T. | |
| SUB TOTAL | |
| SHIPPING HANDLING | $7.00 |
| Payment must be by Postal or Bank M/O in U.S. Dollars | |
| Overseas add $7.00 | |
| In a hurry? Next Day Air Add $27.00 | |
| TOTAL | |

Please ship me the above items immediately.

Payments with cash or money orders shipped immediately.
PERSONAL CHECKS
ALLOW 3 TO 4 WEEKS FOR DELIVERY
ALL PAYMENTS IN U.S. FUNDS

SHIP TO: Print Clearly

NAME _____
ADDRESS _____ APT# _____
CITY _____
STATE _____ ZIP _____

**ALL SALES FINAL**