UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                    -v-

MAHMOUD REZA BANKI,

                    Defendant.
------------------------------------------------------X

(S1) 10 Cr. 0008(PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court has received defense counsel's letter dated May 2, 2014, asking the Court to amend the Amended Judgment in this case so as to revise the entry in the section titled "Imprisonment" to read, "This Court hereby vacates the sentence of imprisonment of 30 months' imprisonment and supervised release imposed on August 16, 2010, and imposes a sentence of no (zero months') imprisonment." Defense counsel's letter represents that the Government asks, instead, that the Court complete that section by inserting the words, "Time served." The Court's judgment is that the defense's request is both appropriate and more consistent with the Court's intentions in imposing sentence, as it did, on July 24, 2012. The Court, accordingly, will shortly issue an Amended Judgment along the lines proposed by defense counsel.

      SO ORDERED.

Dated: May 6, 2014
      New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER,
UNITED STATES DISTRICT JUDGE