# Executive Grant of Clemency

**To All to Whom These Presents Shall Come, Greeting:**

**I HEREBY GRANT** full and unconditional pardons to the following named persons for those offenses against the United States individually enumerated and set before me for my consideration:

ALEX ADJMI

MAHMOUD REZA BANKI

STEPHEN BANNON

FAUSTINO BERNADETT

CARL ANDREW BOGGS III, AKA DREW BOGGS

TODD ANTHONY BOULANGER

ELLIOTT BROIDY

TOMMASO BUTI

DAVID LAMAR CLANTON

JEFFREY ALAN CONWAY

WESLEY SCOTT HARKONEN, JR., AKA W. SCOTT HARKONEN

WILLIAM "ED" HENRY

ABEL HOLTZ

DOUGLAS JEMAL

JAMES E. JOHNSON, JR.

KENNETH KURSON, AKA JAYDEN WAGNER AND EDDIE TRAIN

ANTHONY SCOTT LEVANDOWSKI

MICHAEL A. LIBERTY

GLEN S. MOSS

HILLEL NAHMAD

BENEDICT GUTHRIE OLBERDING

DESIREE PEREZ, FKA DESIREE REYNOSO

JOHNNY D. PHILLIPS

RICHARD G. RENZI

GREGORY LOUIS REYES

AVIEM SELLA

CASEY URLACHER

ROBERT ZANGRILLO

**I HEREBY DESIGNATE**, direct, and empower the Acting Pardon Attorney, as my representative, to sign each grant of clemency to the persons named herein. The Acting Pardon Attorney shall declare that her action is the act of the President, being performed at my direction.

**IN TESTIMONY WHEREOF**, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this Nineteenth day of January in the year of our Lord Two thousand and Twenty-one and of the Independence of the United States the Two hundred and Forty-fifth.*

**DONALD J. TRUMP**
**President**